Mr. Presiding Justice O'Connor delivered the opinion of the court.

Frank Hruby, appellee, v. Anton Janura et al., appellants. Gen. No. 39,926.

Opinion filed April 11, 1938. Rehearing denied April 25, 1938.

William E. Oplatka, for appellants; Golan, Blumenthal & Golan, of counsel. Harry A. Kerins and John A. Cooke, for appellee.

Mr. Justice McSurely delivered the opinion of the court.